# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCPS, LLC and SSPS, LLC,<br><br>                    Plaintiffs,<br><br>vs.<br><br>KIND LAW, BEN TRAVIS LAW, and INDIVIDUALS IDENTIFIED ON ATTACHMENT A,<br><br>                    Defendants,<br><br>-and-<br><br>AMERICAN ARBITRATION ASSOCIATION,<br><br>                    Nominal Defendant. | Civil Action No.<br><br><br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

IFRAH PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006
(202) 524-4157

LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700

*Attorneys for Plaintiffs*

Plaintiffs SCPS, LLC ("Zula") and SSPS, LLC ("Sportzino," and together with Zula, "Plaintiffs") by and through their undersigned counsel, as and for their Complaint against Kind Law, Ben Travis Law, and the Individuals identified on Attachment A ("Claimants," and with Kind Law and Ben Travis Law, "Defendants"), and Nominal Defendant American Arbitration Association ("AAA") hereby allege and aver as follows:

## INTRODUCTION

1.      Plaintiffs operate free-to-play social gaming websites provided and administered from Ontario, Canada that allow registered users to play several different online games.

2.      Defendant law firms Kind Law and Ben Travis Law used a misleading social media advertising campaign to enroll thousands of purported "clients" to file meritless arbitration demands against Plaintiffs in hopes of coercing settlements due to the crushing administrative fees the AAA will charge (nearly $1.5 million for the 966 arbitration demands filed thus far) for such a massive number of claims.  As Kind Law and Ben Travis Law purport to have over 3,000 supposed "clients," those potential administrative fees may triple in size as the law firms pile on ever-more arbitration demands.

3.      As Plaintiffs' preliminary investigation has made clear, however, hundreds of these Claimants never used Zula or Sportzino's websites, never accepted any form of Terms and Conditions, and are therefore not party to any agreement to arbitrate with Plaintiffs.  Hundreds more accepted Plaintiffs' revised Terms and Conditions which call for arbitration before ADR Chambers in Ontario, Canada, not the AAA.  Finally, and importantly, many of the remaining Claimants who filed claims before the AAA have disclaimed any representation by the Kind Law and Ben Travis law firms, raising serious questions about the legitimacy of those firms' purported retention by Claimants and authorization to pursue arbitration claims on their behalf.

4.      Plaintiffs seeks declaratory and temporary restraints, and preliminary and permanent injunctive relief, to (1) enjoin the AAA proceedings because the Claimants identified on Attachment A are either (a) not a party to any agreement to arbitrate with either Plaintiff, (b) agreed to arbitrate before ADR Chambers in Ontario, Canada and thus have commenced arbitration in the wrong tribunal, and/or (c) have not authorized Kind Law and Ben Travis Law to file claims on their behalf; and (2) compel the Claimants who agreed to arbitrate their claims before ADR Chambers in Ontario, Canada to re-file their claims there.

## PARTIES

1.      Plaintiff SCPS, LLC ("Zula") is a Delaware limited liability company that offers the Zula Casino social gaming website.  The sole member of Zula is Blazegames, Inc. ("Blazegames"), a Delaware corporation with its principal place of business in Ontario, Canada.

2.      Plaintiff SSPS, LLC ("Sportzino") is a Delaware limited liability company that offers the Sportzino social gaming website.  The sole member of Sportzino is Blazegames, a Delaware corporation with its principal place of business in Ontario, Canada.

3.      The Zula and Sportzino websites are administered and provided from, and all customer interactions are handled exclusively from their affiliates' offices located in Ontario, Canada.

4.      Defendant Kind Law is, on information and belief, a Nevada limited liability company with its principal place of business in Las Vegas, Nevada.

5.      Defendant Ben Travis Law is, on information and belief, a California professional corporation with its principal place of business in San Diego, California.

6.      Upon information and belief, and as reflected in Attachment A, the individual Defendants are citizens of California, Oregon, Nevada, New York, and New Jersey.

7.     Nominal Defendant AAA is, on information and belief, a New York not-for-profit organization.  Plaintiffs name the AAA as a nominal party simply to assure that the Court is capable of granting complete relief with respect to injunctions requested herein.

## JURISDICTION AND VENUE

8.     The Court has original subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1331 because the individual Defendants' claims alleged in arbitration are predicated on alleged violations of various federal statutes, including the Video Privacy Protection Act, 18 U.S.C. § 2710, Electronic Communications Privacy Act, 18 U.S.C. § 2510, Federal Trade Commission Act, 15 U.S.C. § 45, and Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. § 1962(c).  *See Vaden v. Discovery Bank*, 556 U.S. 49, 62 (2009) (holding that "a federal court should determine its jurisdiction by "looking through" a § 4 petition to the parties' underlying substantive controversy").

9.     The Court has original subject matter jurisdiction of this action pursuant to 9 U.S.C § 203 because this is an action arising under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958 (the "Convention"), as codified in Chapter Two of the Federal Arbitration Act (the "FAA"), 9 U.S.C. §§ 201, 203.

10.     The Court has original subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332 because the value of injunctive relief exceeds the sum or value of $75,000, exclusive of interest and costs, and this action is between citizens of different States.  Specifically, Plaintiffs, as limited liability companies, have the citizenship of their sole member, Blazegames, which is a citizen of Delaware and of Canada, a foreign nation.  The Defendants are all *citizens* of states other than Delaware.  For purposes of subject matter jurisdiction, the citizenship of nominal defendants, here the AAA, are not considered.  The amount in controversy is satisfied because, in the absence

-3-

of injunctive relief, Plaintiffs face more than $1,000,000 in AAA fees, attorneys' fees and costs, and other substantial costs defending an improper and futile arbitration proceeding.

11.     The Court has personal jurisdiction over Defendants because Defendants filed demands for arbitration pursuant to an agreement which establishes, or previously established, Washington D.C. as the arbitral venue.  *See, e.g., HealthplanCRM, LLC v. AvMed, Inc.*, 458 F. Supp. 3d 308, 320 (W.D. Pa. 2020) (holding, and observing that multiple circuit courts have agreed, that "an agreement to arbitrate in a particular forum implies consent to the jurisdiction of the corresponding district court"); *Ford Dealer Computer Servs., Inc. v. Fullerton Motors, L.L.C.*, 42 F. App'x 770, 772 (6th Cir. 2002) (affirming district court's finding that defendant "consented to personal jurisdiction in Michigan courts when he signed the contract agreeing to arbitrate disputes in Michigan"); *St. Paul Fire & Marine Ins. Co. v. Courtney Enterprises, Inc.*, 270 F.3d 621, 624 (8th Cir. 2001) (affirming that parties impliedly consent to personal jurisdiction in location specified in arbitration agreement's forum selection clause); *Victory Transp. Inc. v. Comisaria General de Abastecimientos y Transportes,* 336 F.2d 354, 363 (2d Cir. 1964) (when a party agrees "to arbitrate in [a state], where the [Federal Arbitration Act] makes such agreements specifically enforceable, [that party] must be deemed to have consented to the jurisdiction of the court that could compel the arbitration proceeding in [that state]. To hold otherwise would be to render the arbitration clause a nullity").

12.     Venue is proper under 28 U.S.C. § 1391 because Defendants filed demands for arbitration pursuant to an agreement which establishes, or previously established, Washington D.C. as the arbitral venue.

## FACTS

### Plaintiffs' Business

13.     Zula and Sportzino operate free-to-play social gaming websites that are provided and administered from Ontario, Canada.  These sites allow registered users to play various online games without the use of real money.

14.     For playing purposes, users receive virtual "Gold" coins free of charge when they establish an account, log in to their account, or through other promotions.  Users receive free Gold coins upon every login and also when their balance of Gold coins runs low.  Users may, but are not required to, purchase additional virtual Gold coins for use in the games.

15.     Users cannot exchange their Gold coins for cash.  There are no "real world" prizes awarded through Gold coin games. Rather, users may only win additional Gold coins, which can be used for further entertainment play.  Gold coins have no other use.  They can never be redeemed or transferred.

16.     Only registered users may access and play the games on the Zula and Sportzino sites.

17.     To become a registered user, an individual must create an account through an online enrollment process by providing certain information (name, address, telephone number, and email address), satisfying certain enrollment requirements, and choosing a unique username and password.

18.     Registered users must also accept the Zula or Sportzino Terms & Conditions of Use Agreement ("Terms & Conditions") and Privacy Policy, through a clickwrap agreement.

19.     Zula's and Sportzino's customer databases track user registration and user website logins, among other information.

20.     Zula and Sportzino revise their Terms & Conditions from time to time.  The Terms & Conditions advise users of this fact:

> 18.1  We may amend, alter, delete or add to this Agreement at any time without notice to you.
>
> 18.2  Any changes made to this Agreement shall take effect immediately upon their publishing to the Website and your continued access or use of the Website.  You can check the "Date Updated" date at the top of these Terms of Use to determine the date of the last revision.
>
> 18.3  You agree to review this Agreement regularly to stay current with changes that have been made.

21.     When Zula and Sportzino implement such a change to the Terms & Conditions, registered users are informed of the change during their next account login.  During this process, users must acknowledge that they have reviewed and agree to the changes made in the Terms & Conditions.  In this fashion, Zula and Sportzino assure that their users are aware of and consent to any such changes.  If the users do not consent to the changes, they cannot access their accounts or use the websites.

22.     Section 12 of the Terms & Conditions contains a mandatory arbitration provision. In the revision dated May 7, 2024, the Terms & Conditions required arbitration before the American Arbitration Association in Washington, DC.

23.     However, on June 28, 2024, Zula and Sportzino revised their Terms & Conditions to require arbitration before a different tribunal, ADR Chambers. The revision further required the arbitration to be held in Ontario, Canada, from which the gaming websites are provided and administered.

24.     Every user who logged into an account on or after June 28, 2024, accepted the revised Terms & Conditions requiring arbitration before ADR Chambers in Ontario, Canada. By

clicking a button labeled "Confirm," each such user affirmed "that I have read these documents and I accept all the updates within these documents."

### Kind Law and Ben Travis Law Conduct a Social Media Advertising Campaign and Then File Hundreds of AAA Arbitration Demands.

25.     Earlier this year, Kind Law and Ben Travis Law began an advertising campaign on social media platforms such as Facebook, seeking to recruit large numbers of individuals to file claims against companies that offer social gaming websites.  The advertisements target virtually the entire social gaming industry with a one-size-fits-all advertisement.

26.     The law firms invited anyone who had made purchases to sign up in order to receive potential compensation:

> **If you made in-app purchases to play in social casino applications from certain developers in the last two years, you may be entitled to seek compensation.  Click to sign up to get more information and to have an attorney review your potential case.**

27.     Individuals who clicked "to sign up" were then brought to an online questionnaire, which asked the individual to indicate whether they played any of **_97_** different online games offered by a wide variety of companies.  Zula and Sportzino were only two of those 97 online games.

28.     Individuals who completed the questionnaire supposedly "retained" Kind Law and Ben Travis Law as their counsel.  The preeminent goal of this process was the recruitment of mass numbers of individuals to assert claims against Zula and Sportzino.  Other considerations (such as disclosure of relevant information to would-be clients and appropriate diligence regarding individuals' standing to assert such claims) took a back seat to a desire to amass as many claimants as possible.  This is evident for several reasons.

29.     *First*, the advertisements failed to advise would-be clients of the goals that Kind Law and Ben Travis Law sought to achieve—that is, a declaration that the Zula and Sportzino websites conducted "unlawful" gambling and an injunction prohibiting the websites "from engaging in the unlawful actions complained of herein."

30.     The Kind Law and Ben Travis Law advertisements failed to advise prospective clients that the claims, if successful, would terminate their ability to use the websites.

31.     As quoted above, the advertisement simply asked whether individuals had "spent money to play," asserted that "[y]ou may be entitled to compensation," and urged individuals to "sign up."  The ads disclosed nothing about terminating users' ability to play social games.

32.     While other ads stated that "[d]evelopers of certain social casino mobile applications are suspected of having violated state gambling laws," they too failed to disclose that the claims, if successful, would terminate users' ability to continue using Zula and Sportzino websites.

33.     This absence of disclosure placed the wishes of the prospective clients and the goals of Kind Law and Ben Travis Law in clear and direct conflict.

34.     The "client enrollment" process also failed to perform basic due diligence to determine whether a potential client even had a potential claim against Zula or Sportzino.

35.     Most egregiously, Kind Law and Ben Travis Law had no evident process to diligence whether an individual who filled out a questionnaire regarding **_97_** different online games was, in fact, a registered Zula or Sportzino user.

36.     The questionnaire asked about a broad series of nearly 100 different games on over 20 different social gaming platforms that have nothing to do with Zula or Sportzino (*e.g.*, Quick

Hit Slots, Monopoly Slots, 88 Fortune Slots, Jackpot Party, Gold Fish Slots, MyVegas Slots, MyKonami Slots, Cash Franzy Casino Slots, or Jackpot World):

**Part 1/5: Which of the following Card or Bingo games have you played?** *

- ☐ Governor of Poker (Playtika Santa Monica)
- ☐ Monopoly Poker - Texas Holdem (Playtika Santa Monica)
- ☐ Poker Heat: Texas Holdem Poker (Playtika Santa Monica)
- ☐ WSOP Poker - Texas Holdem Game (Playtika Santa Monica)
- ☐ Blackjack by Murka: 21 Classic (Murka Games)
- ☐ myVegas Blackjack (Playstudios US)
- ☐ Bingo Blitz - BINGO Games (Playtika Santa Monica)
- ☐ Bingo Heaven: Bingo Games Live (Super Lucky Casino)
- ☐ Bingo Showdown: Bingo Games (SciPlay / Phantom EFX)
- ☐ myVEGAS Bingo (Playstudios US)

---

- ☐ Bingo Showdown: Bingo Games (SciPlay / Phantom EFX)
- ☐ myVEGAS Bingo (Playstudios US)
- ☐ None of the above

Part 2/5: Which of the following "Vegas" slot games have you played? *

☐ ARK Casino - Vegas Slots Game (Murka Games)

☐ Cash Club Casino - Vegas Slots (SpinX Games)

☐ Club Vegas Slots - VIP Casino (BagelCode)

☐ Double Down Casino Vegas Slots (Double Down Interactive)

☐ Heart of Vegas - Casino Slots (Product Madness)

☐ Lotsa Slots - Vegas Casino (SpinX Games)

☐ MyVEGAS Slots (Playstudios US)

☐ Quick Hit Slots - Vegas Casino (SciPlay / Phantom EFX)

☐ Slots Games: Hot Vegas Casino (Super Lucky Casino)

☐ Vegas Downtown Slots & Words (Playtika Santa Monica)

☐ Vegas Rush Slot Machine Games ! (Super Lucky Casino)

☐ Willy Wonka Slots Vegas Casino (Zynga)

☐ Caesars Slots: Casino Games (Playtika Santa Monica)

☐ MGM Slots Live (Playstudios US)

☐ Wynn Slots (Wynn Social)

☐ Viva Slots Vegas Slot Machines (Viva Slots LLC)

☐ None of the above

Part 3/5: Which of the following "Jackpot" slot games have you played?
*

☐ Jackpot Crush - Casino Slots (SpinX Games)

☐ Jackpot Friends - Slots Casino (Zeroo Gravity Games)

☐ Jackpot Madness Slots Casino (BagelCode)

☐ Jackpot Magic Slots & Casino (BigFish Games)

☐ Jackpot Master Slots-Casino (Zeroo Gravity Games)

☐ Jackpot Party - Casino Slots (SciPlay / Phantom EFX)

☐ Jackpot Wins - Slots Casino (SpinX Games)

☐ Jackpot World - Casino Slots (SpinX Games)

☐ Slots Casino - Jackpot Mania (SpinX Games)

☐ None of the above

Part 4/5: Which of the following "Miscellaneous" slot games have you played? *

- ☐ 88 Fortunes Slots Casino Games (SciPlay / Phantom EFX)
- ☐ Big Fish Casino: Slots Games (BigFish Games)
- ☐ Black Diamond Casino Slots (Zynga)
- ☐ Blazing 7s Casino: Slots Games (SciPlay / Phantom EFX)
- ☐ Cash Billionaire - VIP Slots (BagelCode)
- ☐ Cash Frenzy Casino Slots Game (SpinX Games)
- ☐ Cash Rally - Slots Casino Game (SpinX Games)
- ☐ Cash Tornado Slots - Casino (Zeroo Gravity Games)
- ☐ Cashman Casino Slot Games (Product Madness)
- ☐ Casino Games - Infinity Slots (Murka Games)
- ☐ Classic Slots - Casino Games (Slots Limited)
- ☐ DoubleDown Classic Slots (Double Down Interactive)
- ☐ Fat Cat Casino (Slots Limited)
- ☐ Game of Thrones (Zynga)
- ☐ Gold Fish Slots (SciPlay / Phantom EFX)
- ☐ Golden Casino (Slots Limited)
- ☐ Hit it Rich! Casino Slots Games (Zynga)
- ☐ Hot Shot Casino Slots Games (SciPlay / Phantom EFX)
- ☐ House of Fun:Casino Slots (Playtika Santa Monica)

- ☐ Lightning Link Casino Slots (Product Madness)
- ☐ Mighty Fu Casino Slots Games (Product Madness)
- ☐ MONOPOLY Slots - Slot Machines (SciPlay / Phantom EFX)
- ☐ MyKONAMI Slots (Playstudios US)
- ☐ POP! Slots (Playstudios US)
- ☐ Scatter Slots - Slot Machines (Murka Games)
- ☐ Slotomania Slots Machine Game (Playtika Santa Monica)
- ☐ Slots DoubleDown Fort Knox (Double Down Interactive)
- ☐ Slots Era - Slot Machine 777 (Murka Games)
- ☐ Slots Journey Cruise & Casino (Murka Games)
- ☐ Slots on Tour - Wild HD Casino (Murka Games)
- ☐ VIP Deluxe Slot Machine Games (Super Lucky Casino)
- ☐ Wizard of Oz Slots Games (Zynga)
- ☐ None of the above

Part 5/5: Which of the following "sweepstakes" social casinos have you played? *

☐ Luckyland Slots (VGW Luckyland)

☐ Chumba Casino (VGW Malta)

☐ Global Poker (VGW Malta)

☐ Funrize (A1 Development LLC)

☐ NoLimitCoins (A1 Development LLC)

☐ TaoFortune (A1 Development LLC)

☐ FortuneWheelz (A1 Development LLC)

☐ Zula Casino (SCPS LLC)

☐ Sportzino (SSPS LLC)

☐ Chanced (Gold Coin Group LLC)

☐ Pulsz (Yellow Social Interactive Ltd)

☐ McLuck (B2Services OU)

☐ Wow Vegas (MW Services Ltd)

☐ High5Games (High 5 Games LLC)

☐ None of the above

37.     Kind Law and Ben Travis Law then used the responses to issue mass demands to all of these social gaming companies (and not just Zula and Sportzino).

38.     Of course, asking individuals to check boxes for 97 different social games invites error, and Kind Law and Ben Travis Law plainly performed no further investigation or diligence to determine whether any individual was, in fact, an authorized Zula or Sportzino user.

-14-

39.     Kind Law and Ben Travis Law also apparently performed no diligence to determine whether any individual who filled out an online questionnaire had, in fact, spent any money on the Zula or Sportzino sites—even though the ads themselves admitted that such purchases were a necessary predicate to a claim.

40.     The advertising campaign succeeded in amassing thousands of claimants.

41.     Kind Law and Ben Travis Law then began bombarding Zula and Sportzino with "notices of dispute" in purported compliance with the Terms & Conditions' informal-dispute resolution requirement.

42.     Specifically, on June 19, 2024, Kind Law and Ben Travis served 595 such notices on Sportzino and 1,270 such notices on Zula.  On August 27, 2024 and August 30, 2024, they served an additional 848 such notices on Zula and 456 such notices on Sportzino.  In total, to date, the firms have delivered 3,169 such notices.

43.     While each is supposedly submitted on behalf of a single individual claimant, the notices are otherwise identical in text.

44.     However, the notices only disclosed the claimant's name, and a name alone was insufficient to allow Zula and Sportzino to determine whether these claimants were registered users of the websites.  Kind Law and Ben Travis Law refused Zula's and Sportzino's request to provide further identifying information – notwithstanding the fact that they collected this very information through the questionnaires their "clients" completed.  This refusal prevented Zula and Sportzino from verifying these individuals as actual users of Plaintiffs' websites.

45.     On or about August 14, 2024, Kind Law and Ben Travis Law filed 667 individual demands for arbitration with the AAA against Zula, requesting that the arbitration hearing proceed in San Diego, California. By this time, of course, the Terms & Conditions had been revised to

require arbitration before ADR Chambers in Ontario, Canada and did not permit arbitration before the AAA.

46.     On or about August 16, 2024, Kind Law and Ben Travis Law filed 299 substantively identical individual demands for arbitration with the AAA against Sportzino, (collectively, the "Demands").

47.     Without admitting or incorporating any of the allegations therein, Plaintiffs hereby attach a true and correct copies of one of the Demands Defendants filed against Zula and Sportzino, respectively, as **Exhibits A** and **B**.

48.     The claimants named in these Demands originate from five states: New York, New Jersey, California, Nevada, and Oregon.

49.     Each Demand is the same, except for the name of the claimant.  The Demands assert that the Zula and Sportzino sites "operate illegal gambling games."  They seek damages under several theories, including the federal Racketeer Influences and Corrupt Organizations ("RICO") Act and other federal statutes, as well as various state-law and common-law causes of action.  The Demands also seek a declaration that Zula and Sportzino conduct illegal gambling on their websites and an injunction to prohibit them from continuing to do so in the future.

50.     Plaintiffs deny that they have any liability relating to these claims.

51.     The AAA has issued correspondence advising that it will apply its Mass Arbitration Rules to the Demands.  Under the AAA Mass Arbitration Fee Schedule, Zula and Sportzino face potentially enormous administrative fees of up to $1,525 per Demand.  In total, these 966 Demands face Plaintiffs with the prospect of paying $1,460,625 in administrative fees alone.

52.     Of course, the 966 claimants on whose purported behalf Kind Law and Ben Travis Law filed demands represent less than a third of the 3,169 notices of dispute that the firms have

served to date.  If, therefore, Kind Law and Ben Travis Law file Demands on behalf of all of their purported clients, they will expose Zula and Sportzino to several millions of dollars in potential AAA administrative fees, before the claims are even adjudicated.

### Zula's and Sportzino's Investigation of the Demands

53.     In their zeal to enroll as many claimants as possible through Facebook and other social media solicitations, Kind Law and Ben Travis Law performed little or no diligence on their purported clients.  Indeed, the enrollment questionnaire used by their social media advertising campaign asked individuals to place a check mark next to any of **_97_** distinct online games.  Zula and Sportzino are only two of those 97 games.

54.     Unlike the notices of dispute, the Demands provide further information regarding the claimants beyond simply their names—including addresses, telephone numbers, and email addresses, all presumably based upon the information submitted by claimants when they completed their online questionnaires.  Using this additional information, Zula and Sportzino investigated their customer databases for these individuals.

55.     After a reasonable search of its records, Plaintiffs concluded that 186 of the 966 claimants on whose behalf Kind Law and Ben Travis Law filed arbitration demands are not, in fact, registered users of the Zula and Sportzino websites (hereinafter, the "Non-User Claimants"). Those 186 claimants never entered into any agreement with Plaintiffs to arbitrate any claims, including the claims asserted in the Demands filed with the AAA. Therefore, Plaintiffs have no obligation to arbitrate any claims brought by those 186 Non-User Claimants before the AAA.

56.     Of the remaining 780 claimants, 464 accepted revised terms and conditions that require arbitration before a different arbitral tribunal, ADR Chambers in Ontario, Canada (hereinafter, the "Wrong-Tribunal Claimants"). Each one of these 464 individuals clicked a box to

"Confirm" that they read those revised terms and conditions and "accept[ed] all the updates within these documents."  These 464 Wrong-Tribunal Claimants therefore have no basis to file Demands before the AAA or force Plaintiffs to pay the AAA's burdensome administrative fees.

57.    Plaintiff also determined that substantial numbers of the AAA claimants who established accounts nevertheless made no purchases from Zula and Sportzino and played the games for free.  Specifically, 132 of the Zula claimants and 52 of the Sportzino claimants (or nearly 24% of the 780 registered user claimants) bought nothing from those websites.  These individuals have no conceivable damages.

58.    While even Kind Law's and Ben Travis Law's advertisements stated that a claimant needs to have made an "in-app purchase" to file a claim, those firms evidently performed no due diligence to determine whether, in fact, the claimants had spent any money on the Zula and Sportzino websites.  Their motive for ignoring such inconvenient facts is obvious—their leverage comes from the total number of claims in order to drive massive AAA fees, without regard to the claims' merit or whether the claimants even suffered a loss.

**Kind Law and Ben Travis Law's Purported Clients Disavow Their Representation by Those Law Firms**

59.    The Demands assert that Zula's and Sportzino's social games are illegal.

60.    Zula and Sportzino are under no legal requirement to make their services available to any specific individual especially where, as here, that individual is purportedly alleging the illegality of the activity.  Accordingly, Zula and Sportzino began suspending the accounts of select AAA claimants whose Demands asserted the illegality of the social games.

61.    In response to Plaintiffs suspending the accounts of some individual Defendants, dozens of claimants reported that they were unaware that Kind Law and Ben Travis Law had filed

-18-

arbitration demands on their behalf and/or denied that they had authorized Kind Law and Ben
Travis Law to do so.

62.     When informed of their arbitration Demand filing, many claimants reported that
they were unaware of it and denied that they had authorized Kind Law and Ben Travis Law to file
arbitration demands on their behalf.

63.     As one such claimant stated to both Zula and Sportzino:

> I am writing this message to clarify that I am NOT represented by
> any law firms such as Kind Law & Ben Travis, nor am I affiliated
> with them in any way.  I have also contacted these law firms
> personally via email and informed them that if they use my
> information against your site, I will be forced to seek legal
> representation, as I have not authorized any dispute or arbitration.
> Furthermore, I will seek legal representation against said law firms
> if necessary.

64.     In the words of other supposed AAA claimants:

- "This is ***false*** and I have not done anything of the sort."

- "This information is ***incorrect***.  ***I am not being represented by any legal entity***."

- "No.  I have not done so ***I have no lawyer or lawsuits against anyone if there is [it is]
  not with my consent***."

- "I've contacted the law firm that is stating they're representing me and I'm waiting for
  them to issue a letter to myself as well as Zula confirming I'm not pursuing any claim
  against Zula."

65.     Other claimants denied that they had ever been in contact with Kind Law or Ben
Travis Law at all, and had certainly not authorized them to file the arbitration Demand:

- "[***N]o one has contacted me about a law firm or anything like this*** so I'm not
  understanding what is doing on. . . .  [N]obody has ever contacted me about this so this
  does not make sense to me at all."

- "Hello what are y'all talking about?  ***I don't have any legal action against y'all that
  makes no sense.***"

- "I'm not [able] to access my account.  But I believe it has something to do with a legal
  issue that I am not involved in.  ***I am not represented by any legal councel*** [sic]."

66.     One claimant bluntly accused Kind Law and Ben Travis Law of running a "scam," stating "is this scam or what I never said or did any of the things u saying."

67.     These statements raise disturbing questions as to what Kind Law and Ben Travis Law disclosed to their supposed "clients" and how they purportedly secured authorization to file the Demands at all.

68.     At present, twenty-seven claimants have each affirmed the accuracy of the following statement as a predicate to reinstating their Zula or Sportzino accounts:

> I confirm that I do not have any legal action, arbitrations ("legal actions"), or any law firm representing me against Sportzino [or Zula].  I have not authorized any law firm or lawyers to work on my behalf to initiate or conduct a legal action.  If any law firm or lawyers claim that they represent me for a legal against Sportzino [or Zula], it is without my consent or authorization.  I intend to continue to enjoy the services offered by Sportzino [or Zula].

69.     The number of claimants agreeing to this statement continues to grow by the day.

### The Harm to Plaintiffs

70.     Plaintiffs will be irreparably harmed if they are compelled to arbitrate claims with hundreds of individuals with whom they have no agreement to arbitrate.  This is because a party resisting arbitration suffers irreparable harm when it is forced to expend time and resources arbitrating a claim it never agreed to arbitrate (with a party with whom it has no agreement), and for which any award would not be enforceable.  Thus, declaratory and injunctive relief is necessary to prevent Plaintiffs from having to arbitrate claims it did not agree to arbitrate.

71.     Plaintiffs will be similarly harmed if they are compelled to arbitrate claims before the AAA with the Defendants who agreed to arbitrate their claims before ADR Chambers in Ontario, Canada.

72.     Moreover, under the Convention and the FAA, this Court is obliged to enforce the parties' agreement to arbitrate, by compelling those Defendants to re-file their claims with ADR Chambers.

73.     In addition to compelling those Defendants who agreed to the revised Terms and Conditions to arbitrate their claims before ADR Chambers in Ontario, Canada, the Court should enjoin the AAA Proceedings.

74.     Aside from being improper and violative of the arbitration agreements, the AAA Proceedings would serve no purpose if the Court compels arbitration in Canada. Moreover, Plaintiffs' Terms and Conditions expressly authorize this Court to enjoin the AAA Proceedings through the award of temporary injunctive relief.

75.     Finally, to preserve the integrity of the arbitration process, the Court should stay the remaining arbitrations until and unless Kind Law and Ben Travis Law demonstrate they have the requisite authorization to proceed based on accurate disclosures.

## FIRST CLAIM FOR RELIEF
### Declaratory Judgment

76.     Plaintiffs re-allege and incorporate by reference all allegations in the foregoing paragraphs as if fully set forth herein.

77.     No arbitration agreement exists between the Non-User Claimants and Plaintiffs to arbitrate any disputes, including the claims asserted by the Non-User Claimants in the AAA Proceedings.

78.     The Non-User Claimants are not (and have never been) registered users of the Zula or Sportzino websites. Accordingly, they never accepted any form of the Terms of Conditions on those websites, including any agreement to arbitrate.

79.     The Wrong-Tribunal Claimants agreed to arbitrate their disputes with Plaintiffs before ADR Chambers in Ontario, Canada, not the AAA.

80.     Pursuant to the Convention and FAA, the Court should therefore enforce the parties' arbitration agreement requiring arbitration before ADR Chambers in Ontario, Canada because the four jurisdictional elements under the Convention have been met:

a.  The Wrong-Tribunal Claimants and Plaintiffs are parties to a written agreement to arbitrate;

b.  Canada is a signatory to the Convention;

c.  The Wrong-Tribunal Claimants and Plaintiffs have a legal, commercial relationship with one another by virtue of their contractual arrangement; and

d.  The parties' relationship both "envisages performance or enforcement abroad" and has a "reasonable relation with one or more foreign states," 9 U.S.C. § 202, because Zula and Sportzino's websites are operated out of Ontario, Canada.

81.     Due to the uncertainty surrounding the authorization provided by the remaining claimants to Kind Law and Ben Travis Law to file arbitrations on their behalf, the Court should enjoin the remaining AAA Proceedings until and unless those claimants affirm that they have authorized Kind Law and Ben Travis Law to file claims on their behalf.

82.     Declaratory relief is appropriate because the dispute between the parties is definite and concrete, affecting the parties' adverse legal interests with sufficient immediacy.

83.     Plaintiffs, therefore, request a declaratory judgment from this Court pursuant to Federal Rule of Civil Procedure 57 and 28 U.S.C. § 2201 that:

a.   Plaintiffs have no obligation to arbitrate the Non-User Claimants' claims;

b.  The Wrong-Tribunal Claimants are required to arbitrate before ADR Chambers in Ontario, Canada;

c.  The AAA Proceedings are enjoined to preserve the integrity of the arbitration process.

**SECOND CLAIM FOR RELIEF**
**Injunctive Relief**

84.  Plaintiffs re-allege and incorporate by reference all allegations in the foregoing paragraphs as if fully set forth herein.

85.  Plaintiffs will suffer immediate and irreparable harm if they are compelled to arbitrate claims they did not agree to arbitrate.

86.  Plaintiffs will suffer immediate and irreparable harm if they are compelled to arbitrate claims with Defendants who agreed to arbitrate before ADR Chambers in Ontario, Canada.

87.  Plaintiffs will suffer immediate and irreparable harm if they are compelled to arbitrate claims with Defendants who never authorized such claims to be filed.

88.  Plaintiffs have a likelihood of success on the merits because (1) Plaintiffs have no obligation to arbitrate claims with the Non-User Claimants with whom they have no contractual relationship; (2) Plaintiffs have no obligation to arbitrate claims with the Wrong-Tribunal Claimants before the AAA when those individuals expressly agreed to arbitrate their claims before ADR Chambers in Ontario, Canada; and (3) Plaintiffs have raised sufficient questions about the integrity of the arbitration process as to the remaining claimants that the Court should enjoin those proceedings until such claimants have confirmed their desire and authorization for Kind Law and Ben Travis Law to proceed with their claims.

89.  Plaintiffs have no adequate remedy at law.

90.     Plaintiffs are entitled to a temporary restraining order, and to preliminary and permanent injunctive relief enjoining the AAA Proceedings.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A.  Entry of a declaratory judgment that Plaintiffs have no obligation to arbitrate the Demands filed by Defendants;

B.  Entry of orders temporarily restraining and preliminarily and permanently enjoining Defendants from further proceedings against Plaintiffs before the AAA;

C.  Entry of orders compelling the Wrong-Tribunal Claimants to arbitrate their claims before ADR Chambers in Ontario, Canada; and

D.  Such other and further relief as to the Court is fair, just and proper.


IFRAH PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006
(202) 524-4157
*Attorneys for Plaintiffs*


DATED:  September 27, 2024          By: */s/ George Calhoun*

Of Counsel:

LOWENSTEIN SANDLER LLP
1251 Avenue of The Americas
New York, NY 10020
(212) 262-6700
*Attorneys for Plaintiffs*
*Pro Hac Vice Forthcoming*

Attachment A

## Zula Claimants

|    | NAME | STATE OF RESIDENCY |
|----|------|--------------------|
| 1  | Camp, Aaron | CA |
| 2  | Cruz, Aaron | CA |
| 3  | Allen, Adam | NY |
| 4  | Gonzalez, Adam | CA |
| 5  | Hernandez, Adam | CA |
| 6  | Schwichtenberg, Adam | CA |
| 7  | Wilson, Adam | OR |
| 8  | Morin, Adrein | CA |
| 9  | Gomez, Adrianna | CA |
| 10 | Corso, Adrianno | NY |
| 11 | Corona, Aglaeth | CA |
| 12 | McGuane, Alan | NY |
| 13 | Quintero, Alan | CA |
| 14 | Calvillo, Albert | CA |
| 15 | Garcia, Albert | CA |
| 16 | Richardson, Aleathea | NY |
| 17 | Hernandez, Alejandro | CA |
| 18 | Chandler, Alex | NY |
| 19 | Burwell, Alexander | CA |
| 20 | Charlton, Alexander | OR |
| 21 | Ely, Alexander | CA |
| 22 | Griffith, Alexander | CA |
| 23 | Lauro, Alexander | NY |
| 24 | Opdyke, Alexander | CA |
| 25 | Hannah, Alexandra | CA |
| 26 | Mercado, Alexandra | CA |
| 27 | Tippens, Alexic | CA |
| 28 | Wilkerson, Alexis | CA |
| 29 | Espinoza, Alfredo | CA |
| 30 | Nock, Allen | CA |
| 31 | De La Garza, Alonzo | CA |
| 32 | Banks, Amanda | CA |
| 33 | Bassham, Amanda | CA |
| 34 | Brown, Amanda | CA |
| 35 | Elam, Amanda | NJ |
| 36 | Domenech, Amber | NY |
| 37 | Goodwin, Amber | CA |
| 38 | Green, Amber | CA |
| 39 | Serrano, Amber | CA |
| 40 | Sims, Amber | CA |
| 41 | Berrigan, Amy | CA |
| 42 | Mata,  Amy | CA |
| 43 | Nagle,  Amy | CA |
| 44 | Vieytes,  Amy | CA |
| 45 | Hedges, Andre | NV |
| 46 | Brown, Andrea | CA |
| 47 | Burton, Andrea | OR |

## Zula Claimants

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 48 | Corona, Andrea | CA |
| 49 | Harless, Andrew | CA |
| 50 | Reitzes, Andrew | CA |
| 51 | Zapata, Angel | CA |
| 52 | Perez, Angela | CA |
| 53 | Potts, Angela | CA |
| 54 | Donnay, Angelique | CA |
| 55 | Felix, Annette | CA |
| 56 | Ayon, Anthony | CA |
| 57 | Gil, Anthony | CA |
| 58 | McCrary, Anthony | CA |
| 59 | Nunes, Anthony | CA |
| 60 | Pedroza, Anthony | CA |
| 61 | Provost, Anthony | NY |
| 62 | Santonastaso, Anthony | CA |
| 63 | Solorzano, Anthony | CA |
| 64 | Delrosario Shields, Antionette | CA |
| 65 | Villafuerte, Antonio | CA |
| 66 | Sanderson, Armand | NY |
| 67 | Nelson, Armando | CA |
| 68 | Lloyd, Armoni | CA |
| 69 | Julhakyan, Arshak | CA |
| 70 | Lopez, Artemio | CA |
| 71 | Sogiar, Ashlee | OR |
| 72 | Wyers, Ashlee | OR |
| 73 | Baldwin, Ashley | CA |
| 74 | Immel, Ashley | CA |
| 75 | Jensen, Ashley | CA |
| 76 | Minutoli, Ashley | NV |
| 77 | Shinall, Ashley | OR |
| 78 | Taylor, Ashley | CA |
| 79 | Volpe, Ashley | NY |
| 80 | Cabrales, Ashton | NV |
| 81 | Wade, Aundrea | OR |
| 82 | Martinez, Austin | CA |
| 83 | Murray, Austin | NY |
| 84 | Franklin, Aziza | CA |
| 85 | Sanchez, Bailey | CA |
| 86 | McCrory, Benjamin | NY |
| 87 | Woods, Bert | CA |
| 88 | Lee, Betty | CA |
| 89 | Enriquez, Billy | CA |
| 90 | Ballinger, Bobbilee | CA |
| 91 | Mason, Bradley | CA |
| 92 | McClellan, Bradley | CA |
| 93 | Kiley, Brandi | CA |
| 94 | Alexander, Brandon | OR |

## Zula Claimants

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 95 | Allen, Brandon | CA |
| 96 | Bellani, Brandon | CA |
| 97 | Hull, Brandon | NY |
| 98 | McWilliams, Brandon | CA |
| 99 | McKinsey, Brandy | CA |
| 100 | Woods, Breann | NV |
| 101 | Griffin, Brenda | CA |
| 102 | Smith, Brendan | CA |
| 103 | Clarke, Brian | OR |
| 104 | Henderson,  Brian | CA |
| 105 | Magadan,  Brian | CA |
| 106 | McKay,  Brian | NJ |
| 107 | Nitz,  Brian | CA |
| 108 | Romero,  Brian | CA |
| 109 | Violette, Brittany | CA |
| 110 | Bermudez, Brooke | CA |
| 111 | Boyer, Bryan | CA |
| 112 | Debrunner, Bryce | CA |
| 113 | Price, Brynn | OR |
| 114 | McClelland, Cameron | CA |
| 115 | Cassarino, Carla | CA |
| 116 | Castillo, Carlos | CA |
| 117 | Castro, Carlos | CA |
| 118 | Enriquez, Carlos | CA |
| 119 | Maness, Carrie | CA |
| 120 | Blasier, Casey | OR |
| 121 | Kuykendall, Casey | CA |
| 122 | Jensen, Cassandra | OR |
| 123 | Koen, Cassandra | CA |
| 124 | Phan, Cathy | CA |
| 125 | Pappas, Chelsey | NY |
| 126 | Carroll, Cherie | OR |
| 127 | Flores, Cheri | CA |
| 128 | Hopwood, Cherise | CA |
| 129 | Ezell, Cheyenne | CA |
| 130 | Deverso, Chris | NY |
| 131 | Wheeler, Chris | OR |
| 132 | Smith, Chrisiah | NY |
| 133 | Lara, Christian | CA |
| 134 | Garcia, Christina | CA |
| 135 | Walker, Christina | CA |
| 136 | Aston, Christine | CA |
| 137 | Dietz, Christine | OR |
| 138 | Gonzalez, Christopher | NJ |
| 139 | Nunez, Christopher | CA |
| 140 | Pitts, Christopher | NV |
| 141 | Roth, Christopher | CA |

## Zula Claimants

|     | NAME | STATE OF RESIDENCY |
|-----|------|--------------------|
| 142 | Stevens, Christopher | CA |
| 143 | Weatherly, Christopher | NV |
| 144 | Allman, Cierra | CA |
| 145 | Rhodes, Clare | CA |
| 146 | Montoya, Clarissa | CA |
| 147 | Doane, Clayton | NY |
| 148 | Mage, Cody | CA |
| 149 | Wangler, Conor | CA |
| 150 | Roman, Constance | CA |
| 151 | Evens, Corey | NY |
| 152 | Oconnor, Cori | NY |
| 153 | Coggins, Corie | OR |
| 154 | Castillo, Cory | CA |
| 155 | Davis, Courtney | CA |
| 156 | Evans, Courtney | CA |
| 157 | McDaniel, Craig | CA |
| 158 | Garrison, Crissy | CA |
| 159 | Bugarin, Crystal | CA |
| 160 | Coble, Crystal | OR |
| 161 | Lopez, Crystal | CA |
| 162 | Stewart, Crystal | CA |
| 163 | Castanon, Damian | CA |
| 164 | Walls, Dana | NJ |
| 165 | Aguirre, Daniel | CA |
| 166 | Carreon, Daniel | CA |
| 167 | Jamison, Daniel | OR |
| 168 | Padilla, Daniel | CA |
| 169 | Glathe, Danielle | CA |
| 170 | Davila, Danitza Jhasmin | NV |
| 171 | Day, Darls | CA |
| 172 | Wikowski, Daryl | NY |
| 173 | Bailey, David | CA |
| 174 | Elkins, David | CA |
| 175 | Escalante, David | CA |
| 176 | Kirkland, David | CA |
| 177 | Martin, David | NY |
| 178 | Mustoe, David | CA |
| 179 | Ramirez, David | CA |
| 180 | Stanley, David | CA |
| 181 | Booten, Daviesha | CA |
| 182 | Lan, Davy | CA |
| 183 | Lynn, Deandre Leon | CA |
| 184 | Hall, Deborah L | NY |
| 185 | Mangino, Debra | CA |
| 186 | Miller, Demar | CA |
| 187 | Caplener, Dennis | OR |
| 188 | Miller, Desiree | NV |

## Zula Claimants

|     | NAME | STATE OF RESIDENCY |
|-----|------|--------------------|
| 189 | Olsen, Devina | CA |
| 190 | Kraxberger, Devon | OR |
| 191 | Sullivan, Diamond | CA |
| 192 | Medina, Diana | NV |
| 193 | Sherman, Dino | CA |
| 194 | Colli, Donald | NY |
| 195 | Jones, Donnie | CA |
| 196 | Vue, Doua | CA |
| 197 | Manness, Dustin | NJ |
| 198 | Lane, Dylan | CA |
| 199 | Pagan, Earl | CA |
| 200 | Villegas, Edson | CA |
| 201 | Zamarron, Eduardo | CA |
| 202 | Gutierrez, Eleaka | CA |
| 203 | Vanecek, Elijah | OR |
| 204 | Dedmon, Elizabeth | CA |
| 205 | Holmon, Elizabeth | CA |
| 206 | Ramirez, Elizabeth | CA |
| 207 | Schonfeld, Elizabeth | CA |
| 208 | Padua, Emarzon | CA |
| 209 | Johnson, Emily | OR |
| 210 | Moore, Emmerich | CA |
| 211 | Arbogast, Eric | OR |
| 212 | Depew, Eric | CA |
| 213 | Savok, Eric | OR |
| 214 | Warren, Eric | CA |
| 215 | Carrasco, Erika | CA |
| 216 | Gollaher, Erin | NY |
| 217 | Casillas, Esperanza | CA |
| 218 | Bonifacio, Estanislao | CA |
| 219 | Boyce, Evan | NJ |
| 220 | Chidester, Evan | CA |
| 221 | McIntyre, Everett | CA |
| 222 | Tizoc, Felix | CA |
| 223 | Macabeo, Francis | CA |
| 224 | Desantiago, Francisco | CA |
| 225 | Diaz, Francisco | CA |
| 226 | Ayala, Frank | CA |
| 227 | Jenkins, Frankie | CA |
| 228 | Saechao, Frarm | CA |
| 229 | Fino, Fredy | CA |
| 230 | Gallegos, Gabrielle | CA |
| 231 | Henderson, Garrett | CA |
| 232 | Bingham, Gary | CA |
| 233 | Lawson, Gary | NY |
| 234 | Ricketts, Gary | CA |
| 235 | Pergola, Gennaro | NY |

## Zula Claimants

|     | NAME | STATE OF RESIDENCY |
|-----|------|--------------------|
| 236 | Lasanta, Georgetta | NY |
| 237 | Savedra, Geronimo | CA |
| 238 | Clair, Gina | CA |
| 239 | Silva, Giselle | CA |
| 240 | Ebrahimi, Hakim | CA |
| 241 | Bass, Harry | CA |
| 242 | Arbuckle, Hayley | CA |
| 243 | Chastine, Heather | CA |
| 244 | Gardner, Heather | CA |
| 245 | Ingles, Hector | CA |
| 246 | Ellis, Heidi | CA |
| 247 | Mijango, Helen | CA |
| 248 | Sparks, Helen | CA |
| 249 | Elhertani, Huda | CA |
| 250 | Adams, Ian | NV |
| 251 | Chi, Ian | CA |
| 252 | Ismail, Ibrahim | CA |
| 253 | Hatchett, Ira | CA |
| 254 | Herrera, Isaac | CA |
| 255 | La, Ja | CA |
| 256 | Cirt, Jacob | CA |
| 257 | Hetzler, Jacob | NV |
| 258 | Morales, Jacob | CA |
| 259 | Aguirre, Jacqueline | CA |
| 260 | Duarte, Jacquelyn | CA |
| 261 | McNish, Jama | NY |
| 262 | Bynum, Jams | CA |
| 263 | Carville, James | CA |
| 264 | Ellis, James | OR |
| 265 | Fillmore, James | OR |
| 266 | Francis, James | OR |
| 267 | Loso, James | NY |
| 268 | Smith, James | CA |
| 269 | Williamson, Jami | NY |
| 270 | Crowe, Jamie | NY |
| 271 | Fleming, Jamie | CA |
| 272 | Stout, Jamie | CA |
| 273 | Hiraga, Janet | CA |
| 274 | Ferryman, Jared | CA |
| 275 | Ristau, Jarred | NY |
| 276 | Clark, Jason | CA |
| 277 | D'Amato, Jason | CA |
| 278 | Gowderday, Jason | CA |
| 279 | Morimoto, Jason | CA |
| 280 | Weathers, Jason | CA |
| 281 | Mendoza, Javier | CA |
| 282 | Tillard, Javon | NY |

## Zula Claimants

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 283 | Valdez, Jeanna | CA |
| 284 | Lemmon, Jeff | CA |
| 285 | Purcell, Jeffrey | NY |
| 286 | Hayes, Jenna | CA |
| 287 | Anderson, Jennifer | CA |
| 288 | Baker, Jennifer | NV |
| 289 | Rodarte, Jennifer | CA |
| 290 | Thomas, Jennifer | OR |
| 291 | Wright, Jennifer | CA |
| 292 | Yang, Jeraly | CA |
| 293 | Holck, Jeramiah | CA |
| 294 | Scott, Jeramie | OR |
| 295 | Grant, Jeremy | CA |
| 296 | Benzie, Jeromy | NV |
| 297 | Custer, Jesse | CA |
| 298 | Romero, Jesse | CA |
| 299 | Ross, Jesse | OR |
| 300 | Sanchez, Jesse | CA |
| 301 | Cadigan, Jessica | OR |
| 302 | Clegg, Jessica | CA |
| 303 | Ireland, Jessica | OR |
| 304 | Lopez, Jessica | CA |
| 305 | Nelson, Jessica | OR |
| 306 | Pennino, Jessica | NY |
| 307 | Rowlett, Jessica | OR |
| 308 | Rodriguez, Jesus | CA |
| 309 | Saldiver, Jesus | CA |
| 310 | Merrifield, Joanna | CA |
| 311 | Garcia, Joaquin | CA |
| 312 | Smith, Jodi | CA |
| 313 | Duke, Jody | OR |
| 314 | Cochran, Joel | CA |
| 315 | Golden, Joel | CA |
| 316 | Harrison ,Joevon | CA |
| 317 | Coan, John | NV |
| 318 | Phillips, John | CA |
| 319 | Rosas, John | CA |
| 320 | Hanson, Jolene | CA |
| 321 | Mallorey, Jolinda | NV |
| 322 | Betancourt, Jonathan | OR |
| 323 | Illare, Jonathan | NJ |
| 324 | Loomis, Jordan | CA |
| 325 | Martinez, Jordan | CA |
| 326 | Estrella, Jorge | CA |
| 327 | Millan, Jorge | CA |
| 328 | Valencia Jr, Jose Juan | CA |
| 329 | Soto, Jose Robledo | CA |

## Zula Claimants

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 330 | Rodriguez, Jose | CA |
| 331 | Zurita, Jose | CA |
| 332 | Gomez-Cortez, Joselin | OR |
| 333 | Cannon, Joseph | CA |
| 334 | Chiles, Joseph | CA |
| 335 | Cunningham, Joseph | NJ |
| 336 | Feiereisen, Joseph | CA |
| 337 | Harvey, Joseph | CA |
| 338 | Huffman, Joseph | CA |
| 339 | Main, Joseph | CA |
| 340 | Perjanik, Joseph | CA |
| 341 | Timmons, Joseph | CA |
| 342 | Wissel, Joseph | CA |
| 343 | Bardwell, Joshua | NV |
| 344 | Gallion, Joshua | CA |
| 345 | Maddox, Joshua | OR |
| 346 | Mills, Joshua | OR |
| 347 | Dudley, Joshua Shawn | CA |
| 348 | Benavente, Juan | CA |
| 349 | Ortiz, Juan Carlos | CA |
| 350 | Martin, Juan | CA |
| 351 | Ramirez, Juan | CA |
| 352 | Nash, Julia | CA |
| 353 | Sison, Juriz | CA |
| 354 | Amschler, Justin | CA |
| 355 | Cottrell, Justin | CA |
| 356 | Gerding, Justin | CA |
| 357 | Mulholland, Justin | NV |
| 358 | Patterson, Justin | CA |
| 359 | Crawford, Justine | NY |
| 360 | Ross, Kandice | CA |
| 361 | Saeteurn, Kao | CA |
| 362 | Smith, Katelyn | CA |
| 363 | Russell, Kathleen | CA |
| 364 | Vinson, Kathleen | CA |
| 365 | Foster, Kathyrina | CA |
| 366 | Solis, Katie | CA |
| 367 | Kalinich, Katrina | NV |
| 368 | Coyle, Kayce | CA |
| 369 | Galloway, Kayson | CA |
| 370 | Yang, Kazo | CA |
| 371 | Pustam, Keiffer | CA |
| 372 | Bartell, Keith | CA |
| 373 | Melero, Kelley | CA |
| 374 | McCullar, Kelly | CA |
| 375 | Ricker, Ken | OR |
| 376 | Nguyen, Kenny | CA |

## Zula Claimants

|     | NAME | STATE OF RESIDENCY |
| --- | --- | --- |
| 377 | Charles, Kern | NY |
| 378 | Bray, Kevin | CA |
| 379 | Delaney, Kevin | OR |
| 380 | Gent, Kevin | CA |
| 381 | Ruvalcaba, Kevyn | CA |
| 382 | Bui, Kim | CA |
| 383 | Koolick, Kimberly | CA |
| 384 | Robinson, Kimberly | CA |
| 385 | Sprague, Kimberly | CA |
| 386 | Migliore, Kody | CA |
| 387 | Harris, Krissy | CA |
| 388 | Corlew, Kristie Southard | CA |
| 389 | Sandoval, Kristine | CA |
| 390 | Cromwell, Kristopher | CA |
| 391 | White, Krystal | NV |
| 392 | Williams, Krystal | CA |
| 393 | Gemme, Kyle | NY |
| 394 | Philippi, Lacey | NY |
| 395 | Bounleut, Ladda | CA |
| 396 | Hardy, Lakeshia | CA |
| 397 | Pinkston, Lakisha | NY |
| 398 | Copes, Laquanna | NY |
| 399 | Vasquez, Larisa Lesli | CA |
| 400 | Cole, Latasha | CA |
| 401 | Jackson, Latisha | CA |
| 402 | Heckard, Letoya | CA |
| 403 | Aldaco, Laura | CA |
| 404 | Nicks, Laura | CA |
| 405 | Tait, Laurieann | NY |
| 406 | Simione, Leah | NJ |
| 407 | Thomason, Lee | CA |
| 408 | James, Leslie | NV |
| 409 | Jimenez, Leticia | CA |
| 410 | Moore, Lillian | CA |
| 411 | Arredondo, Linda | CA |
| 412 | Creiman, Lindsey | NY |
| 413 | Granbois, Lisa | NY |
| 414 | Reyes, Lisa | CA |
| 415 | Gonzalez, Lizet | CA |
| 416 | Fournier, Lora | CA |
| 417 | Driscoll, Lucus | CA |
| 418 | Llanes, Luis Francisco | CA |
| 419 | Guzman, Luis | CA |
| 420 | Sanchez, Luzmaria | CA |
| 421 | Resendez, Lydia | CA |
| 422 | Robles, Lydia | CA |
| 423 | Peacock, Lyssa | CA |

## Zula Claimants

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 424 | Roman, Madonna | NY |
| 425 | Pritchard, Malcolm | CA |
| 426 | Meriweather, Malia | CA |
| 427 | Mady, Manal | NY |
| 428 | Espinoza, Manuel | CA |
| 429 | Hein, Mareema | OR |
| 430 | Aguirre, Margarita | CA |
| 431 | Gonzalez, Maria Delrosario | CA |
| 432 | Johnson, Maria | CA |
| 433 | Lopez, Maria | CA |
| 434 | Raneses, Maria | CA |
| 435 | Danova, Mario | CA |
| 436 | Diaz, Mario | CA |
| 437 | Hernandez, Mario | CA |
| 438 | Evans, Marion | CA |
| 439 | Jimenez, Marissa | CA |
| 440 | Jordan, Mark | CA |
| 441 | Kos, Mark | NY |
| 442 | Miles, Mark | CA |
| 443 | Pierce, Mark | NV |
| 444 | Rutiaga, Mark | CA |
| 445 | Anthony, Marla | CA |
| 446 | Harris, Martha | CA |
| 447 | Harris, Mary | CA |
| 448 | Mauldin, Mason | NV |
| 449 | Aspiri, Matthew | OR |
| 450 | Salas, Mauricio | CA |
| 451 | Huff, Maurnice | NV |
| 452 | Huerta, Maxwell | CA |
| 453 | Reeves, Megan | CA |
| 454 | Smith, Melinda | CA |
| 455 | Brauchler, Melissa | CA |
| 456 | Espinoza, Melissa | OR |
| 457 | Goatley, Melissa | OR |
| 458 | Palski, Melissa | NY |
| 459 | Gonzalez, Mercedes | CA |
| 460 | Bachiller, Merwin | CA |
| 461 | Baldonado, Michael | CA |
| 462 | Debinion, Michael | CA |
| 463 | Gravitt, Michael | CA |
| 464 | Higgins, Michael | CA |
| 465 | Karapetian, Michael | CA |
| 466 | Lara, Michael | CA |
| 467 | Oltz, Michael | CA |
| 468 | Preciado, Michael | CA |
| 469 | Andrews, Michelle | NY |
| 470 | Hilario, Michelle | CA |

## Zula Claimants

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 471 | Quijije, Michelle | NY |
| 472 | Ochoa, Miguel | CA |
| 473 | Vargas, Miguel | CA |
| 474 | Vigil, Miguel | CA |
| 475 | Waldron, Mikala | CA |
| 476 | Francis, Mindy | OR |
| 477 | McConkey, Miranda | CA |
| 478 | Kahana, Moana | NV |
| 479 | Duran, Moises | CA |
| 480 | Phaengdy, Molly | CA |
| 481 | Bender, Monica | CA |
| 482 | Blanco, Monica | CA |
| 483 | Garcia, Monique | CA |
| 484 | Reno, Moriah | CA |
| 485 | Robles, Myiko | CA |
| 486 | Nadine, Farkash | CA |
| 487 | Batts, Nahsia | NY |
| 488 | Trevino, Naomi | CA |
| 489 | Scarbrough, Natalie | CA |
| 490 | Martinez, Neil | CA |
| 491 | Delgado, Nelson | CA |
| 492 | Brown, Nicholas | OR |
| 493 | Gonzales, Nicholas | CA |
| 494 | Rodriguez, Nicholas | NY |
| 495 | Yelm, Nicholas | OR |
| 496 | Farner, Nichole | CA |
| 497 | Marquez, Nicolas | CA |
| 498 | Chaudhary, Nicole | CA |
| 499 | Curl, Nicole | OR |
| 500 | Edwards, Nicole | CA |
| 501 | Moore, Nicole | CA |
| 502 | Pickering, Nicole | OR |
| 503 | Shepherd, Nicole | CA |
| 504 | Torres, Nicole | CA |
| 505 | Devera, Nikita | CA |
| 506 | Balcerzak, Nikolai | CA |
| 507 | Patheal, Nora | OR |
| 508 | Villanueva, Oliver | CA |
| 509 | Levismith, Opal | CA |
| 510 | Brown, Page | OR |
| 511 | Verrett, Pamela | NY |
| 512 | Wilson, Pamela | CA |
| 513 | Moua, Pang | CA |
| 514 | Daddario, Paul | CA |
| 515 | Wallace, Paul | OR |
| 516 | Vang, Pheng | CA |
| 517 | Achee, Phillip | CA |

## Zula Claimants

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 518 | Khoeum, Preuch | CA |
| 519 | Swanson, Rachael | CA |
| 520 | Franco, Rachel | CA |
| 521 | Galarsa, Rachel | CA |
| 522 | Maddox, Raina | CA |
| 523 | Talamantez, Ramiro | CA |
| 524 | Carvalho, Ramona | OR |
| 525 | Day, Randall | CA |
| 526 | McCown, Randi | CA |
| 527 | King, Randy | NY |
| 528 | Martin, Randy | CA |
| 529 | Mercer, Rashcell | NV |
| 530 | Reyes, Raymond | CA |
| 531 | Figueredo, Rebecca | NY |
| 532 | Wheeler, Rebekah | CA |
| 533 | Tillman, Regina | CA |
| 534 | Conatser, Renea | OR |
| 535 | Bell, Richard | CA |
| 536 | Fairclough, Richard | CA |
| 537 | Keczely, Richard | CA |
| 538 | Kidson Sr., Richard | CA |
| 539 | McDonald, Richard | OR |
| 540 | Prom, Rina | CA |
| 541 | Gessner, Robert | NY |
| 542 | Grimes, Robert | NV |
| 543 | Infantino, Robert | NY |
| 544 | Lopes, Robert | CA |
| 545 | McCrickard, Robert | CA |
| 546 | Oh, Robert | CA |
| 547 | Rankin, Robert | NV |
| 548 | Ramirez, Roderick | CA |
| 549 | Harris, Rodney | CA |
| 550 | Staton, Rodney | NJ |
| 551 | Perez, Romie | CA |
| 552 | Irwin, Ronald | CA |
| 553 | Creel, Ronie | OR |
| 554 | Carlson, Ronnie | NY |
| 555 | Charles, Rosalie Sakkara | CA |
| 556 | Quintero, Rosalinda | CA |
| 557 | Trujillo , Rosalva | CA |
| 558 | Sanchez, Rose Hamm | OR |
| 559 | McCully, Rose | CA |
| 560 | Burroughs, Rosemarie | CA |
| 561 | Metzler, Rosemarie | CA |
| 562 | Jenkins, Roshanda | CA |
| 563 | Canson, Runisha | CA |
| 564 | Anderson, Ryan | CA |

## Zula Claimants

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 565 | Carlton, Ryan | CA |
| 566 | Hardy, Ryan | CA |
| 567 | Hughes, Ryan | CA |
| 568 | Kompa, Ryan | CA |
| 569 | Leslie, Ryan | CA |
| 570 | Sorlien, Ryan | CA |
| 571 | Askew, Saffire | NY |
| 572 | Wright, Sallie | OR |
| 573 | Sison, Sam Angelo | OR |
| 574 | Graves, Samantha | NY |
| 575 | Guery, Samantha | NY |
| 576 | Meredith, Samantha | NY |
| 577 | Alvarez Jr, Samuel David | CA |
| 578 | Leathers, Samuel | CA |
| 579 | Xiap, Sandra Sanchez | OR |
| 580 | Alvarado, Sara | CA |
| 581 | Adams, Sarah | CA |
| 582 | Hogue, Sarah | CA |
| 583 | Snyder, Sarah | CA |
| 584 | Sears, Sean | NV |
| 585 | Charmohali, Selin | CA |
| 586 | Ayala, Sergio | CA |
| 587 | Juarez-Aguilar, Sergio | CA |
| 588 | Stevenson, Shadrach | CA |
| 589 | Castro, Shamgar | CA |
| 590 | Phimvongsa, Shandra | NV |
| 591 | Laing, Shannan | NY |
| 592 | Stone, Shannon | CA |
| 593 | Brown, Shantel | NY |
| 594 | Hudgins, Sharima | NY |
| 595 | White, Sharnell | CA |
| 596 | McAuliffe, Sharon | CA |
| 597 | Pizarro, Sharon | NY |
| 598 | Whaley, Shauwana | CA |
| 599 | Moreland, Shawn | NY |
| 600 | Roberson, Shawn | CA |
| 601 | Feliciano Rivera, Sheilah Cristina | NY |
| 602 | Dawson, Sherrie | NY |
| 603 | Goodson, Sondra | OR |
| 604 | Curran, Spenser | CA |
| 605 | Garcia, Stacey | CA |
| 606 | Martinez, Stephanie | CA |
| 607 | Patterson, Stephanie | CA |
| 608 | Riley, Stephanie | CA |
| 609 | Johnston, Stephen | NY |
| 610 | Smith, Steven | NV |
| 611 | Petty, Stormy | CA |

## Zula Claimants

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 612 | Hall, Sunshine | OR |
| 613 | Ruiz, Susan | CA |
| 614 | Vang, Susan | CA |
| 615 | Lucky, Takima | NY |
| 616 | McGrath, Talisa | CA |
| 617 | Hicks, Tamieka | NY |
| 618 | Nolley, Tanisha | CA |
| 619 | Scott, Tanyel | CA |
| 620 | Stroud, Tara | CA |
| 621 | Valentine, Tara | CA |
| 622 | Carter, Taylor | CA |
| 623 | Whitehurst, Taylor | CA |
| 624 | Robarts, Teaira | CA |
| 625 | Cruz, Ted | CA |
| 626 | Glodrey, Terry | CA |
| 627 | Sumpter, Terry | CA |
| 628 | Mastanduno, Theresa | NJ |
| 629 | Charter, Thomas | CA |
| 630 | Kelly, Thomas | NY |
| 631 | Robinson, Thomas | CA |
| 632 | Zareski, Tiana | NY |
| 633 | Davis, Tiffany | CA |
| 634 | Canario, Timothy | CA |
| 635 | Le, Timothy | CA |
| 636 | Aguilar, Tina | CA |
| 637 | Baiz, Tina | CA |
| 638 | Ramirez, Tonya | NV |
| 639 | Davis, Toria | CA |
| 640 | Lai, Tu | CA |
| 641 | Delugach, Tyler | OR |
| 642 | Keefer, Tyler | CA |
| 643 | Watt, Tyler | CA |
| 644 | Taylor, Tyshon | NJ |
| 645 | Bernal, Vanessa | CA |
| 646 | Mendez, Vanessa | CA |
| 647 | Gutierrez, Vanessa Rae | CA |
| 648 | Sanchez, Veronica | CA |
| 649 | Mayton, Vicki | NY |
| 650 | English, Victoria | NV |
| 651 | Grenz, Victoria | OR |
| 652 | Miller, Victoria | CA |
| 653 | Escalante, Vincent | CA |
| 654 | Golden, Vincent | CA |
| 655 | Tellez, Wendi | CA |
| 656 | Bianco, William | NY |
| 657 | Blake, William | CA |
| 658 | Brink, William | CA |

**Zula Claimants**

|  | NAME | STATE OF RESIDENCY |
|---|---|---|
| 659 | Luna, William | CA |
| 660 | Pablo, Yair | CA |
| 661 | Garcia, Yaira Judith Nava | CA |
| 662 | Guyton, Yoland | NV |
| 663 | Morga, Yolanda | CA |
| 664 | Kum, Yong | CA |
| 665 | Kaady, Zachariah | OR |
| 666 | Mencarelli, Zacharie | OR |
| 667 | Medina, Zachary | CA |

## Sportzino Claimants

|  | NAME | STATE OF RESIDENCY |
|---|---|---|
| 1 | Camp, Aaron | CA |
| 2 | Cruz, Aaron | CA |
| 3 | Allen, Adam | NY |
| 4 | Morin, Adrein | CA |
| 5 | Gomez, Adriana | CA |
| 6 | Corso, Adrianno | NY |
| 7 | McGuane, Alan | NY |
| 8 | Quintero, Alan | CA |
| 9 | Calvillo, Albert | CA |
| 10 | Hernandez, Alejandro | CA |
| 11 | Chandler, Alex | NY |
| 12 | Charlton, Alexander | OR |
| 13 | Mercado, Alexandra | CA |
| 14 | Tippens, Alexic | CA |
| 15 | Pasillas, Alfonso | CA |
| 16 | Espinoza, Alfredo | CA |
| 17 | Alfaro, Ali | OR |
| 18 | Nock, Allen | CA |
| 19 | Kirkpatrick, Amanda | OR |
| 20 | Goodwin, Amber | CA |
| 21 | Green, Amber | CA |
| 22 | Sims, Amber | CA |
| 23 | Harless, Andrew | CA |
| 24 | Zapata, Angel | CA |
| 25 | Perez, Angela | CA |
| 26 | Potts, Angela | CA |
| 27 | Donney, Angelique | CA |
| 28 | Ayon, Anthony | CA |
| 29 | Pedroza, Anthony | CA |
| 30 | Solorzano, Anthony | CA |
| 31 | Delrosario Shields, Antionette | CA |
| 32 | Kelly, April | CA |
| 33 | Nelson, Armando | CA |
| 34 | Julhakyan, Arshak | CA |
| 35 | Lopez, Artemio | CA |
| 36 | Wyers, Ashlee | OR |
| 37 | Jensen, Ashley | CA |
| 38 | Minutoli, Ashley | NV |
| 39 | Shinall, Ashley | OR |
| 40 | Taylor, Ashley | CA |
| 41 | Volpe, Ashley | NY |
| 42 | Martinez, Austin | CA |
| 43 | Franklin, Aziza | CA |
| 44 | Sanchez, Bayley | CA |
| 45 | Boyer, Bambi | CA |
| 46 | McCrory, Benjamin | OR |
| 47 | Ballinger, Bobbilee | CA |

## Sportzino Claimants

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 48 | Alexander, Brandon | OR |
| 49 | Allen, Brandon | CA |
| 50 | Daylee, Breezy | CA |
| 51 | Smith, Brendan | CA |
| 52 | Henderson, Brian | CA |
| 53 | Violette, Brittany | CA |
| 54 | Frank, Broderick | CA |
| 55 | Bermudez, Brooke | CA |
| 56 | Boyer, Bryan | CA |
| 57 | Price, Brynn | OR |
| 58 | McClelland, Cameron | CA |
| 59 | Castro, Carlos | CA |
| 60 | Maness, Carrie | CA |
| 61 | Jensen, Cassandra | OR |
| 62 | Phan, Cathy | CA |
| 63 | Pappas, Chelsey | NY |
| 64 | Hopwood, Cherise | CA |
| 65 | Ezell, Cheyenne | CA |
| 66 | Smith, Chrisiah | NY |
| 67 | Garcia, Christina | CA |
| 68 | Dietz, Christine | OR |
| 69 | Gonzalez, Christopher | NJ |
| 70 | Jahnke, Christopher | CA |
| 71 | Nunez, Christopher | CA |
| 72 | Pitts, Christopher | NV |
| 73 | Roth, Christopher | CA |
| 74 | Doane, Clayton | NY |
| 75 | Simcox, Clinton | CA |
| 76 | Mage, Cody | CA |
| 77 | Salazar, Cody | CA |
| 78 | Wangler, Conor | CA |
| 79 | Corey, Evens | NY |
| 80 | McDaniel, Craig | CA |
| 81 | Garison, Crissy | CA |
| 82 | Coble, Crystal | OR |
| 83 | Lopez, Crystal | CA |
| 84 | Stewart, Crystal | CA |
| 85 | Castanon, Damian | CA |
| 86 | Carreon, Daniel | CA |
| 87 | Jamison, Daniel | OR |
| 88 | Davila, Danitza Jhasmin | NV |
| 89 | Wikowski, Daryl | NY |
| 90 | Martin, David | NY |
| 91 | Booten, Daviesha | CA |
| 92 | Lan, Davy | CA |
| 93 | Lynn, Deandre Leon | CA |
| 94 | Mangino, Debra | CA |

**Sportzino Claimants**

|     | NAME | STATE OF RESIDENCY |
| --- | --- | --- |
| 95 | Miller, Desiree | NV |
| 96 | Suharev, Dmitriy | CA |
| 97 | Dougher, Donald | NY |
| 98 | Jones, Donnie | CA |
| 99 | Manness, Dustin | NJ |
| 100 | Pagan, Earl | CA |
| 101 | Villegas, Edson | CA |
| 102 | Vanecek, Elijah | OR |
| 103 | Holmon, Elizabeth | CA |
| 104 | Padua, Emarzon | CA |
| 105 | Arbogast, Eric | OR |
| 106 | Carrasco, Erika | CA |
| 107 | Gollaher, Erin | NY |
| 108 | Casillas, Esperanza | CA |
| 109 | Chidester, Evan | CA |
| 110 | McIntyre, Everett | CA |
| 111 | Tizoc, Felix | CA |
| 112 | Rudow, Fred | CA |
| 113 | Miner, Gara | CA |
| 114 | Henderson, Garrett | CA |
| 115 | Bingham, Gary | CA |
| 116 | Pergola, Gennaro | NY |
| 117 | Savedra, Geronimo | CA |
| 118 | Silva, Giselle | CA |
| 119 | Cornejo, Gladys | CA |
| 120 | Ebrahimi, Hakim | CA |
| 121 | Arbuckle, Hayley | CA |
| 122 | Ingles, Hector | CA |
| 123 | Sparks, Helen | CA |
| 124 | Elhertani, Huda | CA |
| 125 | Adams, Ian | NV |
| 126 | Herrera, Isaac | CA |
| 127 | La, Ja | CA |
| 128 | Cirt, Jacob | CA |
| 129 | Hetzler, Jacob | NV |
| 130 | Duarte, Jacquelyn | CA |
| 131 | Carville, James | CA |
| 132 | Ellis, James | OR |
| 133 | Fillmore, James | OR |
| 134 | Francis, James | OR |
| 135 | Smith, James | CA |
| 136 | Gowderday, Jason | CA |
| 137 | Valdez, Jeanna | CA |
| 138 | Welch, Jeffrey | OR |
| 139 | Hayes, Jenna | CA |
| 140 | Wright, Jennifer | CA |
| 141 | Yang, Jeraly | CA |

**Sportzino Claimants**

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 142 | Grant, Jeremy | CA |
| 143 | Benzie, Jeromy | NV |
| 144 | Custer, Jesse | CA |
| 145 | Ross, Jesse | OR |
| 146 | Sanchez, Jesse | CA |
| 147 | Ireland, Jessica | OR |
| 148 | Lewis, Jessica | CA |
| 149 | Rowlett, Jessica | OR |
| 150 | Saldivar, Jesus | CA |
| 151 | Garcia, Joaquin | CA |
| 152 | Cochran, Joel | CA |
| 153 | Harrison, Joevon | CA |
| 154 | Rosas, John | CA |
| 155 | Marts, Johnnylee | CA |
| 156 | Illare, Jonathan | NJ |
| 157 | Estrella, Jorge | CA |
| 158 | Flores, Jose | CA |
| 159 | Robledo Soto, Jose | CA |
| 160 | Zurita, Jose | CA |
| 161 | Cunningham, Joseph | NJ |
| 162 | Feiereisen, Joseph | CA |
| 163 | Main, Joseph | CA |
| 164 | Perjanik, Joseph | CA |
| 165 | Seabourn, Joseph | CA |
| 166 | Timmons, Joseph | CA |
| 167 | Wissel, Joseph | CA |
| 168 | Maddox, Joshua | OR |
| 169 | Benavente, Juan | CA |
| 170 | Ortiz, Juan Carlos | CA |
| 171 | Martin, Juan | CA |
| 172 | Ramirez, Juan | CA |
| 173 | Amschler, Justin | CA |
| 174 | Gerding, Justin | CA |
| 175 | Crawford, Justine | NY |
| 176 | Saeteurn, Kao | CA |
| 177 | Smith, Katelyn | CA |
| 178 | Vinson, Kathleen | CA |
| 179 | Kalinich, Katrina | NV |
| 180 | McCullar, Kelly | CA |
| 181 | Ricker, Ken | OR |
| 182 | Nguyen, Kenny | CA |
| 183 | Ruvalcaba, Kevyn | CA |
| 184 | Mathias, Kimberly | CA |
| 185 | Cromwell, Kristopher | CA |
| 186 | Baker, Kristy | CA |
| 187 | White, Krystal | NV |
| 188 | Bounleut, Ladda | CA |

**Sportzino Claimants**

|     | NAME | STATE OF RESIDENCY |
| --- | --- | --- |
| 189 | Copes, Laquanna | NY |
| 190 | Jackson, Latisha | CA |
| 191 | Heckard, Latoya | CA |
| 192 | Ortega, Leandra | CA |
| 193 | Creiman, Lindsey | NY |
| 194 | Gonzalez, Lizet | CA |
| 195 | Llanes, Luis Francisco | CA |
| 196 | Sanchez, Luzmaria | CA |
| 197 | Robles, Lydia | CA |
| 198 | Meriweather, Malia | CA |
| 199 | Aguirre, Margarita | CA |
| 200 | Lopez, Maria | CA |
| 201 | Danova, Mario | CA |
| 202 | Diaz, Mario | CA |
| 203 | Evans, Marion | NY |
| 204 | Rivera, Marisol | CA |
| 205 | Ewer, Mark | OR |
| 206 | Miles, Mark | CA |
| 207 | Pierce, Mark | NV |
| 208 | Rutiaga, Mark | CA |
| 209 | Harris, Mary | CA |
| 210 | Mauldin, Mason | NV |
| 211 | Aspiri, Matthew | OR |
| 212 | Carpenter, Matthew | CA |
| 213 | Lee, Matthew | NV |
| 214 | Salas, Mauricio | CA |
| 215 | Huff, Maurnice | NV |
| 216 | Bricker, Melissa | CA |
| 217 | Palski, Melissa | NY |
| 218 | Brunkhorst, Mellanie | CA |
| 219 | Gonzalez, Mercedes | CA |
| 220 | Bachiller, Merwin | CA |
| 221 | Lara, Michael | CA |
| 222 | Oltz, Michael | CA |
| 223 | Preciado, Michael | CA |
| 224 | Andrews, Michelle | NY |
| 225 | Hilario, Michelle | CA |
| 226 | Vargas, Miguel | CA |
| 227 | Vigil, Miguel | CA |
| 228 | Phaengdy, Molly | CA |
| 229 | Blanco, Monica | CA |
| 230 | Reno, Moriah | CA |
| 231 | Martinez, Neil | CA |
| 232 | Brown, Nicholas | OR |
| 233 | Gonzalez, Nicholas | CA |
| 234 | Croghan, Nicholi | CA |
| 235 | Devera, Nikita | CA |

**Sportzino Claimants**

| | NAME | STATE OF RESIDENCY |
|---|---|---|
| 236 | Balcerzak, Nikolai | CA |
| 237 | Patheal, Nora | OR |
| 238 | Daddario, Paul | CA |
| 239 | Wallace, Paul | OR |
| 240 | Vang, Pheng | CA |
| 241 | Swanson, Rachael | CA |
| 242 | Galarsa, Rachel | CA |
| 243 | Maddox, Raina | CA |
| 244 | Morrow, Randal | CA |
| 245 | Abila, Raymond | CA |
| 246 | Reyes, Raymond | CA |
| 247 | Wheeler, Rebeka | CA |
| 248 | Bell, Richard | CA |
| 249 | Fairclough, Richard | CA |
| 250 | McDonald, Richard | OR |
| 251 | Infantino, Robert | NY |
| 252 | Rankin, Robert | NV |
| 253 | Ramirez, Roderick | CA |
| 254 | Irwin, Ronald | CA |
| 255 | Trujillo, Rosalva | CA |
| 256 | Burroughs, Rosemarie | CA |
| 257 | Metzler, Rosemarie | CA |
| 258 | Herrera, Russel | CA |
| 259 | Kompa, Ryan | CA |
| 260 | Wright, Sallie | OR |
| 261 | Roman, Salvador | CA |
| 262 | Leathers, Samuel | CA |
| 263 | Juarez-Aguilar, Sergio | CA |
| 264 | Castro, Shamgar | CA |
| 265 | Phimvongsa, Shandra | NV |
| 266 | Hudgins, Sharima | NY |
| 267 | White, Sharnell | CA |
| 268 | Pizarro, Sharon | NY |
| 269 | Skillings, Shauna | OR |
| 270 | Curran, Spenser | CA |
| 271 | Garcia, Stacey | CA |
| 272 | Martinez, Stephanie | CA |
| 273 | Patterson, Stepanie | CA |
| 274 | McIntyre, Steven | NY |
| 275 | Sandell, Summer | CA |
| 276 | Lucky, Takima | NY |
| 277 | Nolley, Tanisha | CA |
| 278 | Robarts, Teaira | CA |
| 279 | Glodrey, Terry | CA |
| 280 | Sumpter, Terry | CA |
| 281 | Canario, Timothy | CA |
| 282 | Aguilar, Tina | CA |

**Sportzino Claimants**

|  | NAME | STATE OF RESIDENCY |
|---|---|---|
| 283 | Potter, Todd | NY |
| 284 | Frost, Tom | CA |
| 285 | Keefer, Tyler | CA |
| 286 | Guitierrez, Vanessa Rae | CA |
| 287 | Sanchez, Veronica | CA |
| 288 | Mayton, Vicki | NY |
| 289 | English, Victoria | NV |
| 290 | Escalante, Vincent | CA |
| 291 | Chavez, Virginia | CA |
| 292 | Tellez, Wendi | CA |
| 293 | Bianco, William | NY |
| 294 | Blake, William | CA |
| 295 | Luna, William | CA |
| 296 | Guyton, Yolanda | NV |
| 297 | Morga, Yolanda | CA |
| 298 | Kaady, Zachariah | OR |
| 299 | Medina, Zachary | CA |